UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUANJA EDWARD ANDERSON,

          Plaintiff,

    v.

SALINAS VALLEY STATE PRISON,
G.R. Salazar, et al.,

          Defendants.

Case No.  15-cv-05211-VC (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

        On November 13, 2015, Tuanja Anderson, a prisoner at California Healthcare Facility in Stockton, California, filed a civil rights complaint under 42 U.S.C. § 1983 against an employee of Salinas Valley State Prison, where he was previously incarcerated.  On the same day, the Clerk of the Court sent Anderson a notice that he had not submitted an application to proceed *in forma pauperis* ("IFP").  *See* Doc. No. 2.  The Clerk included a copy of the Court's current IFP application and a return envelope, and directed Anderson to either pay the filing fee or file the completed IFP application within twenty-eight days of the notice to avoid dismissal of the action.  Doc. No. 2.  On December 28, 2015, the Clerk of the Court sent Anderson a second notice that he had not submitted an application to proceed IFP, with another blank IFP application and the warning that, if Anderson did not respond in twenty-eight days, his case would be dismissed.  *See* Doc. No. 3.

        More than twenty-eight days have passed and Anderson has not submitted a completed IFP application or otherwise communicated with the Court.

        Therefore, it is ordered that this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall terminate all pending motions, and close the file.

        **IT IS SO ORDERED.**

Dated:  March 2, 2016

_____

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California